# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE

235 N. WASHINGTON AVE., P.O. BOX 856

SCRANTON, PA 18501-0856

TEL. (570) 207-5730

FAX  (570) 207-5739

EDWIN M. KOSIK
JUDGE

August 31, 2011

TO:       ALL COUNSEL OF RECORD

RE:       Wildrick v. Sears/KMart-Store #3406 and Nasco Services, Inc.,
          Civil Action No. 3:10-CV-850

Dear Counsel:

I would appreciate counsel providing at the earliest convenience any suggested questions for the jury, as well as proposed jury instructions in this matter.

EMK/jc